UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00162
    RAMONDA GINEE HORACE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-2350

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/04/2007 and was confirmed 03/21/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 04/03/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE AUTO FINANCE | SECURED NOT I | 141.75 | .00 | 141.75 |
| COOK COUNTY TREASURER | SECURED | 20.00 | .00 | 20.00 |
| OCWEN FEDERAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| VILLAGE OF DOLTON | SECURED | 175.00 | .00 | 47.19 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5705.82 | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 3420.84 | .00 | .00 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1804.00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 443.96 | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENT CHECKS | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 578.81 | .00 | .00 |
| NICOR GAS | UNSECURED | 1117.94 | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | 14437.52 | .00 | .00 |
| PEOPLES GAS & LIGHT | UNSECURED | NOT FILED | .00 | .00 |
| OCWEN FEDERAL BANK | MORTGAGE ARRE | 3842.70 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | 12619.24 | .00 | .00 |
| FLIKKEMA SAAB | SECURED | 1302.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 241.47 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 304.00 | .00 | 304.00 |
| TOYOTA MOTOR CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,802.50 | | 2,012.86 |
| TOM VAUGHN | TRUSTEE | | | 174.20 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 2,700.00  |               |
|                      |           |               |
| PRIORITY             |           | 304.00        |
| SECURED              |           | 208.94        |
| UNSECURED            |           | .00           |
| ADMINISTRATIVE       |           | 2,012.86      |
| TRUSTEE COMPENSATION |           | 174.20        |
| DEBTOR REFUND        |           | .00           |
| TOTALS               | 2,700.00  | 2,700.00      |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

Dated: 07/24/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE